STUART DELERY, Assistant Attorney General
MELINDA L. HAAG, United States Attorney
R. MICHAEL UNDERHILL, Attorney in Charge, West Coast Office
Torts Branch, Civil Division, U.S. Department of Justice
VICKEY L. QUINN, Trial Attorney
Torts Branch, Civil Division, U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395, P.O. Box 36028
San Francisco, CA  94102
Telephone: (415) 436-6645, Facsimile: (415) 436-6632
E-mail: vickey.l.quinn@usdoj.gov

Attorneys for Plaintiff United States of America

MITCHELL S. GRIFFIN
COX WOOTTON LERNER GRIFFIN HANSEN & POULOS LLP
190 The Embarcadero
San Francisco, CA 94105
Telephone: 415.438.4600, Facsimile: 415.438.4601
mgriffin@cwlfirm.com

Attorneys for Defendants South Harmony Shipping, Inc.
Pioneer Ship Management Service LLC

(Continuation of Counsel on Second Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: C-14-883-KAW |
| Plaintiff, | |
| vs. | IN ADMIRALTY |
| SOUTH HARMONY SHIPPING, INC.; PIONEER SHIP MANAGEMENT SERVICE LLC; SHIPOWNERS' INSURANCE AND GUARANTY COMPANY, LIMITED, | (PROPOSED) STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE |
| Defendants. | Date: July 1, 2014<br>Time: 1:30 p.m. |

(PROPOSED) STIPULATED ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE        1                          Case No.: 4:14-cv-00883-KAW

(Continuation of Counsel Listing)

RICHARD L. JARASHOW
SIDNEY KANAZAWA
MCGUIREWOODS LLP
1345 Avenue of the Americas, Seventh Floor
New York, NY 10105-0106
Telephone: 212.548.7016, Facsimile: 212.715.6272
rjarashow@mcguirewoods.com
skanazawa@mcguirewoods.com

Attorneys for Defendant
SIGCo

     WHEREFORE, based upon the consent and representations of the undersigned respective counsel for the parties, it is

     ORDERED that the initial Case Management Conference originally scheduled for July 1, 2014, is hereby vacated and shall be continued to August 26, 2014.

     IT IS SO ORDERED.

Date: __6/24/14_____

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

//

//

//

//

//

//

//

//

COUNSEL AGREE TO ENTRY OF THE FOREGOING ORDER AND STIPULATE AS FOLLOWS:

WHEREFORE, the parties, through the undersigned consents of their respective counsel, hereby agree and stipulate to the following:

WHEREAS, on June 17, 2014, the parties filed their Joint Rule 26(f) Report and Case Management Statement;

WHEREAS, the parties have engaged in settlement discussions and have agreed to make recommendations to their respective clients concerning possible settlement;

THEREFORE, in order to avoid unnecessary costs to the parties and use of the Court's time in the event that settlement is consummated, the parties respectfully request that the initial Case Management Conference be continued for 60 days or such other date as may be ordered by the Court.

IT IS SO STIPULATED.

Dated: June 23, 2014.    STUART F. DELERY, Assistant Attorney General
MELINDA L. HAAG, United States Attorney
R. MICHAEL UNDERHILL, Attorney in Charge, WCO

s/ Vickey L. Quinn
VICKEY L. QUINN
Trial Attorney
U. S. Dept. of Justice

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: June 23, 2014.    s/ Mitchell S. Griffin
MITCHELL S. GRIFFIN
COX WOOTTON LERNER GRIFFIN HANSEN & POULOS LLP

Attorneys for Defendants
South Harmony Shipping, Inc.
Pioneer Ship Management Service LLC

(PROPOSED) STIPULATED ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE        3        Case No.: 4:14-cv-00883-KAW

Dated: June 23, 2014.	s/ Richard L. Jarashow
RICHARD L. JARASHOW
SIDNEY KANAZAWA
MCGUIREWOODS LLP

Attorneys for Defendant
SIGCo

CERTIFICATION OF SIGNATURES

I attest that the content of the document is acceptable to all persons required to sign the document.

/s/ Vickey L. Quinn
VICKEY L. QUINN

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2014, I electronically filed the foregoing PROPOSED STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mitchell S. Griffin | mgriffin@cwlfirm.com |
| Richard L. Jarashow | rjarashow@mcquirewoods.com |
| Sidney Kanazawa | skanazawa@mcguirewoods.com |

/s/ Vickey L. Quinn
VICKEY L. QUINN