STUART DELERY, Assistant Attorney General
MELINDA L. HAAG, United States Attorney
R. MICHAEL UNDERHILL, Attorney in Charge, West Coast Office
Torts Branch, Civil Division, U.S. Department of Justice
VICKEY L. QUINN, Trial Attorney
Torts Branch, Civil Division, U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395, P.O. Box 36028
San Francisco, CA  94102
Telephone: (415) 436-6645, Facsimile: (415) 436-6632
E-mail: vickey.l.quinn@usdoj.gov

Attorneys for Plaintiff United States of America

MITCHELL S. GRIFFIN
COX WOOTTON LERNER GRIFFIN HANSEN & POULOS LLP
190 The Embarcadero
San Francisco, CA 94105
Telephone: 415.438.4600, Facsimile: 415.438.4601
mgriffin@cwlfirm.com

Attorneys for Defendants South Harmony Shipping, Inc.
Pioneer Ship Management Service LLC

(Continuation of Counsel on Second Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:14-cv-00883-KAW |
| Plaintiff, | |
| vs. | IN ADMIRALTY |
| SOUTH HARMONY SHIPPING, INC.; PIONEER SHIP MANAGEMENT SERVICE LLC; SHIPOWNERS' INSURANCE AND GUARANTY COMPANY, LIMITED | ORDER OF DISMISSAL |
| Defendants. | [Fed.R.Civ.P. 41(a)(2)] |

(Continuation of Counsel Listing)

RICHARD L. JARASHOW
SIDNEY KANAZAWA
MCGUIREWOODS LLP
1345 Avenue of the Americas, Seventh Floor
New York, NY 10105-0106
Telephone: 212.548.7016, Facsimile: 212.715.6272
rjarashow@mcguirewoods.com
skanazawa@mcguirewoods.com

Attorneys for Defendant
SIGCo

WHEREFORE, pursuant to the undersigned signatures of the respective counsel for Plaintiff United States and Defendants South Harmony Shipping, Inc., Pioneer Ship Management Service LLC, and Shipowners' Insurance And Guaranty Company, Limited (collectively "Defendants"), all parties represent that they have settled this case, subject to certain reservations of right;

WHEREFORE, the foregoing reservations of right are specified as follows:  the United States expressly reserves, and Defendants expressly acknowledge, the right of the United States to institute proceedings, take to judgment thereon, and collect such judgment(s) thereon as against Defendants with respect to actions and suits to seek and recover Removal Costs and/or Damages resulting from the discharge of oil from the T/V DUBAI STAR on or about October 30, 2009 (the "Incident"), based on claims submitted to or filed hereafter with the Oil Spill Liability Trust Fund ("OSLTF") pursuant to the Oil Pollution Act of 1990 (OPA), 33 U.S.C. §§ 2712(f), (h) and 2713(b). Such reserved claims as aforesaid are limited to claims not known by the United States at the time of the lodging of this Order of Dismissal with the Court.  Plaintiff United States represents and warrants that it presently is not aware of any such claims.  In the

event that such claims subsequently are filed with the OSLTF, Defendants reserve all defenses as to substantive claims pursued in any such proceeding, other than the right of the United States to assert such claims pursuant to the reservations of right stated in this paragraph;

WHEREFORE, pursuant to the undersigned consents of the respective counsel for the parties, and subject to the reservations of right set forth above,

IT IS ORDERED that this case shall be, and the same is, hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: 8/14/14

_____
UNITED STATES MAGISTRATE JUDGE

WE HEREBY CONSENT TO ENTRY OF THE FOREGOING ORDER:

Dated: August 13, 2014.  STUART F. DELERY
　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　MELINDA L. HAAG
　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　R. MICHAEL UNDERHILL
　　　　　　　　　　　　　Attorney in Charge, West Coast Office

　　　　　　　　　　　　　s/ Vickey L. Quinn
　　　　　　　　　　　　　VICKEY L. QUINN
　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　U. S. Dept. of Justice

　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　UNITED STATES OF AMERICA

//

//

Dated: August 13, 2014.        s/ Mitchell S. Griffin
                               MITCHELL S. GRIFFIN
                               COX WOOTTON LERNER GRIFFIN HANSEN &
                               POULOS LLP

                               Attorneys for Defendants
                               South Harmony Shipping, Inc.
                               Pioneer Ship Management Service LLC


Dated:  August 13, 2014.       s/ Sidney Kanazawa
                               SIDNEY KANAZAWA
                               RICHARD L. JARASHOW
                               MCGUIREWOODS LLP

                               Attorneys for Defendant
                               SIGCo

ORDER OF DISMISSAL                        4                    Case No.: 4:14-cv-00883-KAW